FILED'06 APR 10 15:21USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRED QUIMBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 05-1841-SU |
| v. ) | |
| ) | O R D E R |
| DUTCH MINING, LLC, BRUCE ) | |
| BURROWS, EWALD DIENHART, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Freddie Busby Quimby
P. O. Box 403
Baker City, Oregon  97814

    Pro Se Plaintiff

Michael J. Bird
Brown Hughes Bird Rote Wetmore &
Brouhard
612 N. W. 5th Street
Grants Pass, Oregon  97256

    Attorney for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Patricia Sullivan, United States Magistrate Judge, filed Findings and Recommendation on March 16, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Sullivan's Findings and Recommendation (#13).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#4) is granted. Plaintiff may file an amended complaint asserting a basis for federal subject matter jurisdiction within ten (10) days of this Order.

DATED this 10TH day of April, 2006.

GARR M. KING
United States District Judge

Page 2 - ORDER